IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JAMES SCOTT,
        Plaintiff,

V.

SAFEWAY,
        Defendant.
_____/

CV-09-4178-JF

ORDER OF DISMISSAL

    The parties have advised the Court that they have agreed to a settlement of this case.

    IT IS HEREBY ORDERED that the case be dismissed with prejudice.  However, if any party notifies the Court within ninety days of the date of this order that the agreed consideration for said settlement has not been delivered, this order will be vacated and the case will be restored to the calendar to be set for trial.

Date: March 31, 2010

JEREMY FOGEL
United States District Judge